FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2021

No. 04-21-00077-CV

**IN THE ESTATE OF CARLOS Y. BENAVIDES, JR.**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020-PB7-000138-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's brief was originally due June 14, 2021. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to July 13, 2021. On July 13, 2021, appellant filed a motion requesting an additional extension of time to file the brief until August 12, 2021, for a total extension of 59 days, and we granted appellant's motion.

On August 12, 2021, appellant filed a third motion for extension of time requesting an additional 21 days to file the brief, for a total extension of 80 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by September 2, 2021. Counsel is advised that no further extensions of time will be granted absent extraordinary circumstances.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court